**GRIMM, VRANJES & GREER LLP**
MARK VRANJES, Esq. (SBN 106447)
E-mail: mvranjes@gvgllp.com
MATTHEW MORACHE, Esq. (SBN 216253)
E-mail: mmorache@gvgllp.com
Post Office Box 129012
San Diego, CA  92112-9012
Tel: (619) 231-8802 Fax: (619) 233-6039

Attorneys for Defendant
NORTH AMERICAN CAPACITY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SOMPO JAPAN INSURANCE COMPANY OF AMERICA, a corporation,,<br><br>Plaintiff,<br><br>v.<br><br>ATAIN SPECIALTY INSURANCE COMPANY, fka USF INSURANCE COMPANY, a corporation, and NORTH AMERICAN CAPACITY INSURANCE COMPANY, a corporation,,<br><br>Defendants. | Case No.:  C 12 6156 CRB<br><br>**REQUEST TO ALLOW TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE; and ORDER**<br><br>Date:  January 11, 2013<br>Time:  8:30 a.m.<br>Dept.:  Courtroom 6<br><br>Judge:     Hon. Charles R. Breyer<br>Complaint Filed: 12/4/12<br>Trial Date: None set |

Defendant, NORTH AMERICAN CAPACITY INSURANCE COMPANY (hereinafter "NAC") hereby requests that the court allow NAC's counsel to appear by telephonic conference call at the Case Management Conference currently set for January 11, 2013 at 8:30 a.m.  This request is based on the following factors:

1. NAC did not receive timely notice of the Case Management Conference.  The noticed was served only on Co-Defendant, ATAIN SPECIALTY INSURANCE COMPANY, fka USF INSURANCE COMPANY on or about December 12, 2012;

2. NAC was served with the Complaint on December 18, 2012, at which time NAC received constructive notice of the CMC hearing;

3. NAC's first appearance in this case was January 8, 2013;

1

4. Due to the timing of the service of the Complaint and the date of NAC's first appearance in this matter, NAC was unable to comply with the Civil Local Rules regarding a seven (7) day advanced notice for a request for telephonic appearance per Civil Local Rule 16-10.

5. Due to the timing of the service of the Complaint and the date of NAC's first appearance in this matter, NAC was unable to comply with the initial disclosures and filing deadline for the Joint Case Management Statement per Civil Local Rule 16 and Federal Rule of Civil Procedure 26; and

6. The distance and expense of travel from Southern California to the location of the CMC hearing.

Matthew Morache, Esq. will be available by telephone at the scheduled appearance time at the following number: (619) 231-8802, extension 425.

Dated: January 8, 2013                    GRIMM, VRANJES & GREER LLP

By: *Matthew Morache*
Mark Vranjes
Matthew Morache
Attorneys for Defendant
NORTH AMERICAN CAPACITY
INSURANCE COMPANY

IT IS SO ORDERED.

DATED:  January 10, 2013

Hon. Charles R. Breyer

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

W:\Cases\2167557\PLD\ORD\01228135.DOCX

2

Case No. C 12 6156 JSC
[Proposed] ORDER