IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOMPO JAPAN INSURANCE COMPANY OF AMERICA<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ATAIN SPECIALTY INSURANCE COMPANY f/k/a USF INSURANCE COMPANY; and NORTH AMERICA CAPACITY INSURANCE COMPANY<br><br>　　　　Defendants.<br>_____/<br>ATAIN SPECIALTY INSURANCE COMPANY f/k/a USF INSURANCE COMPANY,<br><br>　　　　Counterclaimant,<br><br>　v.<br><br>SOMPO JAPAN INSURANCE COMPANY OF AMERICA,<br><br>　　　　Counterdefendant<br>_____/ | No. C 12-06156 CRB<br><br>**ORDER OF DISMISSAL** |

1

2     The parties hereto, by their counsel, having advised the Court that they have agreed to a
3 settlement of this case,

4     IT IS HEREBY ORDERED that this case be dismissed without prejudice; provided,
5 however, that if any party hereto shall certify to this Court, within forty-five (45) days, with proof of
6 service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has
7 not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be
8 restored to the calendar to be set for trial.

9

10 Dated: March 26, 2013

11                                      CHARLES R. BREYER
                                         UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California